UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STANLEY REED<br>　　LA. DOC #552031 | CIVIL ACTION NO. 13-1505 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN TIM KEITH | MAGISTRATE JUDGE KAREN L. HAYES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* (28 U.S.C. §2254) be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**MONROE, LOUISIANA,** this 12th day of September, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE