UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STANLEY REED<br>    LA. DOC #552031 | CIVIL ACTION NO. 13-1505 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN TIM KEITH | MAGISTRATE JUDGE KAREN L. HAYES |

CERTIFICATE OF APPEALABILITY

    A final order [Doc. No. 14] having been filed in the above-captioned case on Stanley Reed's Motion for Relief from Judgment [Doc. No. 13], the Court, considering the record in this case, the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000), and, to the extent necessary, hereby finds that:

    A certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

    MONROE, LOUISIANA, this 10th day of April, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE